**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION<br>**This Document Relates to All Cases** | No. 1:25-cv-12714<br>MDL No. 3194<br>Hon. Lindsay C. Jenkins |

**PLAINTIFFS' REQUEST FOR INCLUSION ON NOVEMBER 12 AGENDA**

Pursuant to the Court's Case Management Order No. 1 ("CMO 1") (Docket No. 71), Counsel for Plaintiffs submit this request to include the following proposed schedule of early case management matters on the agenda for the November 12, 2026 Status Conference:

| **Pleading or Order** | **Proposed Timing of Submission to the Court** |
|---|---|
| Motions for Appointment of Leadership | 7 days from Initial Status Conference (**November 19, 2026)** |
| Interim Preservation Order | 21 days from Initial Status Conference (**December 3, 2026)** |
| Direct Filing & Service Order | 21 days from Initial Status Conference (**December 3, 2026)** |
| Pathology Preservation & Non-Destruction Testing Protocol | 35 days from Initial Status Conference (**December 17, 2026)** |
| Initial Rule 26(f) Conference | 55 days from Initial Status Conference (**January 6, 2027**) |
| Master Complaint | 60 days from Initial Status Conference (**January 11, 2027**) |
| Protective Order | 70 days from Initial Status Conference (**January 21, 2027**) |
| ESI Protocol | 70 days from Initial Status Conference (**January 21, 2027**) |

| | |
|---|---|
| Rule 502(d) / Privilege Logging Order | 70 days from Initial Status Conference (**January 21, 2027**) |
| Motion to Dismiss or Responsive Pleading | 120 days from Initial Status Conference (**March 12, 2027**) |

Because the actions transferred to this MDL were filed by multiple counsel and assert varying claims and theories, Plaintiffs respectfully request leave to file a brief Status Report, attached as Exhibit 1, before the Initial Status Conference. In addition to the proposed schedule, the Status Report, to be submitted on behalf of Plaintiffs' counsel in the MDL, would describe (i) Plaintiffs' coordination efforts to date and the areas on which counsel have reached consensus; (ii) an overview of the principal claims and common factual and legal issues; and (iii) Plaintiffs' proposal for the leadership structure. Plaintiffs believe this submission will assist the Court in preparing for the conference and in efficiently organizing the MDL.

Dated: November 9, 2026

Respectfully submitted,

*/s/ Christopher L. Ayers*

Christopher L. Ayers, Esq. *(General Bar Admission #5168232)*
Matthew B. Sicheri, Esq. *(Pro Hac Vice* forthcoming)
Christopher J. Geddis, Esq. *(Pro Hac Vice* forthcoming)
**SBAITI & COMPANY NJ LLC**
100 Mulberry Street
3 Gateway Center, Suite 1102
Newark, NJ 07102
Tel: 973-954-2000
E: Chris.Ayers@sbaitilaw.com
E: Matthew.Sicheri@sbaitilaw.com
E: Chris.Geddis@sbaitilaw.com

Jonathan D. Orent, Esq. *(General Bar Admission #7408)*
**MOTLEY RICE LLC**
40 Westminster Street, 5th Floor
Providence, Rhode Island 02903

P: (401) 457-7723
E: jorent@motleyrice.com

Chelsea L. Monroe, Esq. *(General Bar Admission #102636)*
**MOTLEY RICE LLC**
28 Bridgeside Blvd,
Mount Pleasant, South Carolina 29464
P: (843) 216-9018
E: cmonroe@motleyrice.com

Sarah Ruane, Esq. (*Pro Hac Vice Forthcoming*)
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
P: (816) 701-1123
E: sruane@wcllp.com