IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re: Abbott Laboratories Spinal Cord Stimulator Products Liability Litigation* | Case No. 25 CV 12714<br>MDL No. 3194<br>Judge: Hon. Lindsay C. Jenkins<br><br>[This Document Relates to All Cases] |

**DEFENDANT ABBOTT LABORATORIES'**
**REQUEST FOR INCLUSION ON NOVEMBER 12 AGENDA**

Pursuant to Case Management Order No. 1, defendant Abbott Laboratories ("Abbott") respectfully requests that the Court address at the November 12, 2026 Initial Status Conference the following topic:

**Process for resolving motions to dismiss member complaints.**

Prior to the formation of this MDL, Abbott filed and the parties fully briefed motions to dismiss in eight cases now included in this proceeding.[1] Abbott would like to discuss refiling certain of those motions, which are representative of challenges Abbott will raise to many of the member complaints, and setting a schedule to resolve the motions. Many of the member complaints in this case are cut-and-paste pleadings that suffer from the same defects, including federal preemption issues and fatal jurisdictional problems. A ruling on the fully-briefed motions would accordingly streamline the proceedings and efficiently dispose of meritless claims.

[1] Abbott's fully-briefed motions to dismiss were filed in the following MDL member cases: *Ferguson v. Abbott Labs.*, No. 1:25-cv-13341 (N.D. Ill.), *Fuller v. Abbott Labs.*, No. 1:25-cv-12714 (N.D. Ill.), *Furia v. Abbott Labs.*, No. 3:26-cv-01945 (N.D. Cal.), *Melby v. Abbott Labs.*, No. 1:26-cv-02857 (N.D. Ill.), *Reuss v. Abbott Labs.*, No. 1:26-cv-01905 (N.D. Ill.), *Richards v. Abbott Labs.*, No. 2:26-cv-01555 (E.D. Cal.), *Shelp v. Abbott Labs.*, No. 3:26-cv-02079 (N.D. Cal.), and *Tuttle v. Abbott Labs.*, No. 1:25-cv-15083 (N.D. Ill.).

DATED: November 9, 2026 Respectfully submitted,

/s/ *Amy J. Laurendeau*

**O'Melveny & Myers LLP**
Amy J. Laurendeau
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-7926
alaurendeau@omm.com

Sabrina H. Strong (*pro hac vice forthcoming*)
Leah Godesky (*pro hac vice forthcoming*)
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
sstrong@omm.com
lgodesky@omm.com

**Riley Safer Holmes & Cancila LLP**
Brian O'Connor Watson
1 S Dearborn St, Suite 2200
Chicago, Illinois 60603
Telephone: (312) 471-8700
bwatson@rshc-law.com

*Attorneys for Defendant Abbott Laboratories*

## CERTIFICATE OF SERVICE

I, Amy J. Laurendeau, an attorney, hereby certify that on November 9, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

/s/ *Amy J. Laurendeau*

Amy J. Laurendeau
**O'Melveny & Myers LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-7926
alaurendeau@omm.com