**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

William Fuller, et al.
Plaintiff,
v.
Case No.: 1:25−cv−12714
Honorable Lindsay C. Jenkins

Abbott Laboratories, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 10, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins:Motion to appear pro hac vice [77] is granted. Attorney Sabrina Heron Strong for Abbott Laboratories added. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.