**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

William Fuller, et al.
Plaintiff,
v.
Case No.: 1:25−cv−12714
Honorable Lindsay C. Jenkins
Abbott Laboratories, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: An in−person case management conference held. An in−person status hearing including for selection for appointment of leadership will be set for the week of December 14, 2026 with the specific date and time to be determined. The hearing will be held in Courtroom 2119. Motions for Appointment of Leadership are due by November 19, 2026. This includes for appointment of Plaintiffs' co−lead counsel; Plaintiffs' liaison counsel; Plaintiffs' Executive Committee; Plaintiffs' Steering Committee; and MDL Coordination Liaison Counsel. Any responses (including objections to the appointment of MDL Coordination Liaison Counsel) are due by December 1, 2026. A Master Complaint as to Defendant Abbott and a Master Administrative Procedures Act Complaint as to Defendant FDA must be filed by January 11, 2027. All short form complaints as of the filing of the Master Complaint should be filed by February 10, 2027. Defendant Abbott's responsive pleading to the Master Complaint is due by April 9, 2027. Defendant FDA's responsive pleading to any Master Administrative Procedures Act Complaint is due 60 days after service. By November 19, 2026, the parties should file a joint status report that proposes a scheduling order for the court's consideration. That filing should also propose an agreed date for the December in−person status hearing so that the court can calendar that date. Any proposed agenda items for the December 2026 status hearing should be filed at least 7 days before the hearing. Among the items the court wishes to include on that agenda will be scheduling all 2027 status hearing dates. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.